**IN THE UNITED STATES DISTRICT COURT
FOR THE DISRTICT OF COLORADO**

Civil Action No. 19-cv-02914-STV

ZACHARY HERGENREDER on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ALEPH OBJECTS, INC.

    Defendant.

---

**<u>UNOPPOSED</u> MOTION FOR ORDER (1) VACATING AND RESCHEDULING DECEMBER 18, 2019 SCHEDULING CONFERENCE, (2) EXTENDING CURRENT, CORRESPONDING DEADLINES, (3) AND PERMITTING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT THE SCHEDULING CONFERENCE**

---

Zachary Hergenreder (the "<u>Plaintiff</u>" or "<u>Class Representative</u>"), on behalf of himself and the class he seeks to represent, by and through his counsel of record, submits the following in support of this <u>unopposed</u> motion for entry of an Order (1) vacating and rescheduling the Scheduling Conference, currently set for December 18, 2019, to a date in mid-January 2020, (2) extending the current, corresponding deadlines commensurate with the date of the rescheduled Scheduling Conference, and (3) allowing Plaintiff's counsel to appear and participate telephonically in that hearing.

    1.    On October 14, 2019, Plaintiff filed his Class Action Complaint and Jury Demand ("<u>Complaint</u>") in this action. [Doc. 1]

    2.    By Order dated October 16, 2019, the Court set deadlines for submitting the Consent/Non-Consent to Jurisdiction of Magistrate Judge ("<u>Consent/No-Consent Notice</u>") on or

before December 4, tendering a proposed Scheduling Order on December 12, and set a Scheduling Conference for December 18, at 11:15 a.m. Based on Rule 26, the deadline for conducting a Rule 26(f) conference was November 29, and the deadline for mandatory disclosures is December 13. [Doc. 4]

3. On November 7, 2019, Plaintiff served Aleph Objects, Inc., n/k/a Larimer Skyview, Inc. (the "Defendant") with the Summons and Complaint . Defendant's counsel filed his notice of appearance and Defendant filed its answer on November 29 based on the Thanksgiving holiday. [Docs. 9 and 10, respectively]. The Parties' counsel were unable to conduct a Rule 26(f) conference on November 29, 2019.

2. On December 4, 2019, the counsel for both Parties conferred, and timely filed the Consent/No Consent Notice. [Doc. 11] Further, they agreed to conduct their Rule 26(f) conference by telephone on December 11. However, the Parties agree that they are unlikely to be able to confer with their clients after the Rule 26(f) conference and fully finalize and tender a proposed Scheduling Order for the Court to review on the next day, which is the current deadline.

3. Further, undersigned has a scheduling conflict on December 18, 2019 and respectfully requests that the Court vacate and reschedule the Scheduling Conference to a date in mid-January 2020.

4. Should the Court be willing to do so to permit the Parties to efficiently prepare for that hearing and to meet other related deadlines, the Parties believe it is important for the Court to reset the corresponding deadlines for tender of a proposed Scheduling Order and for exchange of mandatory disclosures commensurate with the date to which the Court resets the Scheduling Conference.

5.     Finally, undersigned believes, and Defendant's counsel does not disagree, that both legal counsel can effectively address the matters the Court requires the Parties to address in the Scheduling Conference if the undersigned appears and participates telephonically in that hearing. A telephonic appearance by the undersigned will eliminate numerous hours of roundtrip travel time from Mobile, Alabama and more than a thousand dollars in travel expenses, thereby minimizing costs while maintaining efficiency of the proceedings.

6.     Under D.C.COLO.LCivR 7.1(a), the undersigned states that she has conferred regarding this motion with counsel for Defendant, which does not object to the granting of the requested relief.

Thus, the undersigned respectfully requests that the Court enter an Order (1) vacating and rescheduling the Scheduling Conference to a dated in mid-January 2020, (2) extending the current, corresponding deadlines commensurate with the date of the rescheduled Scheduling Conference, and (3) allowing Plaintiff's counsel to appear and participate telephonically in that hearing.

Dated:  December 6, 2019

Respectfully submitted,

s/     *Mary E. Olsen*

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
sjm@lankmill.com
132 Nassau Street, Suite 1100
New York, New York 10038
P: (212) 581-5005
F: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen
molsen@thegardnerfirm.com
M. Vance McCrary
vmccrary@thegardnerfirm.com
182 St. Francis Street, Suite 103

Post Office Drawer 3103
Mobile, Alabama 36652
P: (251) 433-8100
F: (251) 433-8181

*Attorneys For the Plaintiff
And The Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2019 I filed the foregoing with the Clerk of the Court, which will send a notice of electronic filing to all counsel of record using the CM/ECF system and includes:

Christopher M. Leh, #18886
Leh Law Group, LLC
8181 Arista Place, #100
Broomfield, Colorado 80021,
Phone: 303-327-1425
cleh@lehlawgroup.com

s/ Mary E. Olsen_____

4