IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02914-RM-STV

ZACHARY HERGENREDER, on behalf of
Himself and all others similarly situated,

    Plaintiffs,

v.

ALEPH OBJECTS, INC.,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO AMEND CASE CAPTION

Defendant respectfully moves this Court for entry of an order to change the caption of this case to reflect a change in the corporate name of the Defendant from Aleph Objects, Inc. to Larimer Skyview, Inc. In further support of this Motion, Defendant states as follows:

1. On October 14, 2019, Plaintiff filed his Class Action Complaint and Jury Demand ("Complaint") against Defendant Aleph Objects, Inc. [Doc. 1].

2. On or about November 8, 2019, Fargo Additive Manufacturing Equipment 3D, LLC (FAME), a North Dakota Limited Liability Company, purchased the assets of Aleph Objects, Inc. One of the assets FAME purchased from Defendant at that time was the right to the trade name "Aleph Objects."

3. After the sale, Defendant changed its legal name to Larimer Skyview, Inc. *See* Article of Amendment dated November 14, 2019, a true and correct copy of which is attached to this Motion as Exhibit 1.

4. Larimer Skyview, Inc., continues to be a Colorado corporation in good standing. *See* Larimer Skyview, Inc., Certificate of Fact of Good Standing dated January 16, 2020, a true and correct copy of which is attached to this Motion as Exhibit 2.

5. Larimer Skyview, Inc., not Aleph Objects, Inc., is the real party in interest in this case.

6. Under D.C.COLO.LCivR 7.1(a), the undersigned conferred with counsel to the Plaintiff, who does not oppose the granting of this Motion.

WHEREFORE, Defendant respectfully requests that this Court enter an order (in the form attached) amending the caption to change the name of Defendant from Aleph Objects, Inc. to Larimer Skyview, Inc.

DATED at Denver, Colorado this 16th day of January 2020.

*s/Christopher M. Leh*
Christopher M. Leh, #8886
Leh Law Group, LLC
8181 Arista Place, #100
Broomfield, Colorado 80021
303-327-1425
cleh@lehlawgroup.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th of January 2020, I electronically filed the foregoing Defendant's <u>Unopposed</u> Motion to Amend Case Caption with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to any non-CM/ECF participant.

> Mary E. Olsen
> The Gardner Firm, PC
> 182 Saint Francis Street, Suite 103
> Mobile, AL 36602
> molsen@thegardnerlawfirm.com
>
> M. Vance McCrary
> The Gardner Firm, PC
> 182 Saint Francis Street, Suite 103
> Mobile, AL 36602
> vmccrary@thegardnerfirm.com
>
> Stuart J. Miller
> Lankenau & Miller, LLP
> 132 Nassau Street, Suite 1100
> New York, NY 10038
> sjm@lankmill.com

*s/Christopher M. Leh*
Christopher M. Leh