**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02914-RM-STV

ZACHARY HERGENREDER, on behalf of
Himself and all others similarly situated,

    Plaintiffs,

v.

LARIMER SKYVIEW, INC.,

    Defendant.

---

**LARIMER SKYVIEW, INC.'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

---

Under Fed. R. Civ. P. 6(b)(1), D.C.COLO.LCivR 6.1 and 7.1, and for good cause shown, Defendant Larimer Skyview, Inc. (Larimer Skyview or Company) respectfully submits this <u>Unopposed</u> Motion for a four-week extension of time in which to respond to Plaintiff's First Set of Requests for Admission, Plaintiff's First Set of Interrogatories to Defendant, and Plaintiff's First Set of Requests for Production to Defendant (Unopposed Motion). In further support, the undersigned states as follows:

    1.    On March 13, 2020, Plaintiff served on Defendant:

        a.    Plaintiff's First Set of Requests for Admission to Defendant, which consists of 53 individual Request for Admission;

        b.    Plaintiff's First Set of Interrogatories to Defendant, which consists of 22 individual Interrogatories and subparts; and

    c. Plaintiff's First Set of Requests for Production to Defendant, which consists of 39 individual Request for Production and subparts

(collectively, First Set of Discovery Requests).

  2. Defendant's responses to the First Set of Discovery Requests are currently due on Monday, April 13.

  3. On March 17, 2020, the second business day after receiving the First Set of Discovery Requests, the undersigned, as Managing Partner of Leh Law Group, LLC, in the exercise of caution during the pandemic, closed the firm's Broomfield office. The undersigned and his Broomfield staff began working remotely.

  4. Larimer Skyview had sold its assets to a third party in November 2019 and does not have any current employees. In order to respond properly to the voluminous First Set of Discovery Requests, it has therefore been necessary to seek voluntary assistance from third parties, including former officers and employees of the Company, regarding the whereabouts and contents of potentially responsive information. This has been a time-consuming and, especially during the course of Governor Polis's stay-at-home order, a cumbersome process. In addition, a staff member integral to the gathering and organization of such materials went on leave recently for more than a week. Despite reasonable diligence, Defendant and the undersigned and his staff have not yet been able to complete their investigation and finalize responses to the First Set of Discovery Requests.

  5. In good faith, the undersigned believes that Defendant can complete its responses to the First Set of Discovery Requests during the next four weeks. Accordingly, Defendants respectfully requests that the Court extend time for it to do so.

6. **D.C.COLO.LCivR 6.1 Certification:** Defendant has not previously sought an extension to respond to the First Set of Discovery Requests and seeks a 4-week extension, and the undersigned has served a copy of this Unopposed Motion on Defendant.

7. **D.C.COLO.LCivR 7.1 Certification**: After several attempts to contact opposing counsel this week, the undersigned counsel was able to confer with her in writing on April 9 about the proposed extension of time. Opposing counsel indicated that Plaintiff does not object to a four-week extension of time.

8. Neither the Parties nor the Court will be prejudiced by the granting of this relief, and this extension of time is not being requested for purposes of unreasonable delay.

9. Based on the foregoing, there is good cause to grant the relief Larimer Skyview requests.

WHEREFORE, the Company respectfully requests that the Court grant its Unopposed Motion to extend time through and including Monday, May 11, 2020, in which to respond to the First Set of Discovery Requests by means of the proposed order tendered with this Motion.

Dated this 10th day of April 2020.

*/s/ Christopher M. Leh*
Christopher M. Leh
Leh Law Group, LLC
8181 Arista Place, #100
Broomfield, Colorado 80021
Phone: (303) 327-1415
cleh@lehlawgroup.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2020, I caused a true and correct copy of the foregoing **UNOPPOSED** **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS** to be served upon the following via the ECF system:

Mary E. Olsen
The Gardner Firm, PC
182 Saint Francis Street, Suite 103
Mobile, AL 36602
molsen@thegardnerlawfirm.com

M. Vance McCrary
The Gardner Firm, PC
182 Saint Francis Street, Suite 103
Mobile, AL 36602
vmccrary@thegardnerfirm.com

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street, Suite 1100
New York, NY 10038
sjm@lankmill.com

1. **Copy via email to**:

Jeff Moe
Board Chairman
Larimer Skyview, Inc.
P.O. Box 200
Masonville, CO 80541

*s/Tina Lyda*
Tina Lyda