# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02914-RM-STV

ZACHARY HERGENREDER, on behalf of
Himself and all others similarly situated,

      Plaintiffs,

v.

LARIMER SKYVIEW, INC.,

      Defendant.

---

## NOTICE AND SUGGESTION OF BANKRUPTCY UPON RECORD

---

      Defendant Larimer Skyview, Inc. (Larimer Skyview), submits this Notice and Suggestion of Bankruptcy Upon the Record and states as follows:

      1.      On October 14, 2019, Plaintiff filed its Class Action Complaint and Jury Demand (Complaint) [Doc 1] against what was then known as Aleph Objects, Inc., n/k/a Larimer Skyview, Inc. (Hergenreder Case).

      2.      On September 11, 2020, the undersigned learned that Defendant apparently was issued an involuntary Chapter 7 bankruptcy petition.

      3.      On September 12, 2020, the undersigned received from personal legal counsel to the owner of Larimer Skyview a copy of documents evidencing the filing of an Involuntary Petition Against a Non-Individual (Petition) in the United States Bankruptcy Court for the District of Colorado bearing case number 20-16046 CDP (Bankruptcy Case). (See Exhibit A)

      4.      Under 11 U.S.C. § 362, upon the filing of the Bankruptcy Case, the Petition operates as a stay prohibiting continued action in the Hergenreder Case.

      5.      The Court entered an Amended Scheduling Order in this case on June 6, 2020 [Doc 41]. Based upon the filing of the Bankruptcy Case, Larimer Skyview requests that this Court suspend all deadlines set forth in the Amended Scheduling Order, the Court's most recent Order [Doc 49] granting Defendant Larimer Skyview, Inc.'s Fifth Motion for an Extension of Time to Respond to Plaintiff's First Set of Discovery Requests until 9/29/2020, and all proceedings in the Hergenreder Case during the pendency of the Bankruptcy Case unless or until the Automatic Stay (11 U.S.C. § 362) is modified, annulled, or lifted by the Bankruptcy Court.

WHEREFORE, the Defendant respectfully provides this Notice and Suggestion of Bankruptcy upon the Record and requests that this Court enter an Order suspending all deadlines in proceedings in this matter until such time, if ever, as the automatic stay under 11 U.S.C. § 362 is modified, annulled, or lifted by the Bankruptcy Court, and for such other and further relief as this Court deems just and proper.

DATED this 15th day of September 2020.

*s/Christopher M. Leh*
Christopher M. Leh, #8886
Leh Law Group, LLC
8181 Arista Place, #100
Broomfield, Colorado 80021
303-327-1425
cleh@lehlawgroup.com

**Attorneys for Defendant Larimer Skyview, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of January 2020, I electronically filed the foregoing **NOTICE OF AND SUGGESTION OF BANKRUPTCY UPON RECORD** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to any non-CM/ECF participant.

Mary E. Olsen
The Gardner Firm, PC
182 Saint Francis Street, Suite 103
Mobile, AL 36602
molsen@thegardnerlawfirm.com

M. Vance McCrary
The Gardner Firm, PC
182 Saint Francis Street, Suite 103
Mobile, AL 36602
vmccrary@thegardnerfirm.com

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street, Suite 1100
New York, NY 10038
sjm@lankmill.com

_s/Tina Lyda_
Tina Lyda